983 A.2d 197

JAMES RANDALL SMITH, APPELLANT-MOVANT, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT-RESPONDENT.

October 23, 2009.

ORDERED that the motion for leave to appeal from the Order
of the Superior Court, Appellate Division, denying his motion to
compel is granted and the matter is summarily remanded to the
Appellate Division where respondent shall submit detailed, case-
specific reasons for maintaining the confidentiality of the entirety
of movant's mental health records, after which the Appellate

470

Division shall reconsider movant's motion to compel.   Jurisdiction
is not retained.